# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**YUSUF EL-WILLIAMS, et al.,**

      **Plaintiffs,**

**v.**                                    **Case No. 3:14cv14/LC/CJK**

**LT. KENNEDY, et al.,**

      **Defendants.**

_____/

## <u>REPORT AND RECOMMENDATION</u>

The *pro se* plaintiff Yusuf El-Williams, along with another inmate confined at the Escambia County Jail (Kenneth Lilliman), have filed a civil rights complaint pursuant to 42 U.S.C. § 1983, complaining about the conditions of their confinement at the Jail. (Doc. 1). Both plaintiffs have signed the complaint. No motion to proceed *in forma pauperis* has been filed, nor has a filing fee been paid.

The Eleventh Circuit has held that inmates may not join together in a single civil rights suit so as to share the mandatory filing fee. *Hubbard v. Haley*, 262 F.3d 1194 (11th Cir. 2001). The *Hubbard* Court found that "the intent of Congress in promulgating the [Prison Litigation Reform Act] was to deter frivolous civil actions brought by prisoners by requiring each individual prisoner to pay the full amount of the required fee." *Id*. at 1195. The Circuit Court affirmed the district court's decision to dismiss (without prejudice) the case filed by multiple prisoner-plaintiffs and to

require each prisoner to file an individual action accompanied by the full filing fee or an application to proceed *in forma pauperis*. *Id*. at 1195, 1198; *accord Bowens v. Turner Guilford Knight Detention*, 510 F. App'x 863 (11th Cir. 2013) (affirming district court's dismissal, under *Hubbard*, of civil rights complaint in which six inmates of a jail in Miami, Florida, joined their claims together in a single suit).[1]

Accordingly, it is respectfully RECOMMENDED:

1.   That this case be DISMISSED and that the dismissal be WITHOUT PREJUDICE to each plaintiff filing a new individual complaint on his own behalf, and either paying the full $400.00 fee ($350.00 filing fee and $50.00 administrative fee) or submitting an individual application to proceed *in forma pauperis*.

2.   That the Clerk be directed to close the file.

At Pensacola, Florida, this 21st ay of January, 2014.

/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

---

[1]The undersigned cites *Bowens* only as persuasive authority and recognizes that the opinion is not considered binding precedent. *See* 11th Cir. R. 36-2.