# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**YUSUF EL-WILLIAMS, et al.,**

    **Plaintiffs,**

**vs.**                     **Case No. 3:14cv14/LC/CJK**

**LT. KENNEDY, et al.,**

    **Defendants.**
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 21, 2014. (Doc. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the objections timely filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted as the opinion of the court.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (doc 3) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE to each plaintiff filing a new, individual complaint on his own behalf, and either paying the full $400.00 fee ($350.00 filing fee and $50.00 administrative fee) or submitting an individual application to proceed *in forma pauperis*.

3. The Clerk is directed to close the file.

**ORDERED** on this 28th day of January, 2014.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**